UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Honorable Michael E. Romero

In re:                                    )
                                          )  Case No. 12-19010 MER
CGO ENTERPRISE, LLC                       )
                                          )  Chapter 11
        Debtor.                           )

### ORDER DISMISSING CHAPTER 11 CASE

THIS MATTER arises upon the Debtor's filing of an incomplete bankruptcy case. Upon filing, the Clerk mailed a notice of the deficient case advising the Debtor that if the deficiency was not cured by a date specified in the notice, the Court would enter an order granting the United States Trustee's Standing Motion to Dismiss Deficient Case, pursuant to Local Bankruptcy Rule 1017-3APP.

It now appears that the Debtor has failed to timely cure this deficient case and as a result thereof, has failed to comply with 11 U.S.C. § 521(1), Rule 1007, Fed.R.Bankr.P., and/or Local Bankruptcy Rule 1017-3, thereby hampering the effective administration of this estate and establishing cause for dismissal pursuant to 11 U.S.C. §1112. Therefore, it is

ORDERED that this case be and it hereby is dismissed without prejudice, and it is

FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Rule 2002(f), Fed.R.Bankr.P., utilizing whatever addresses may be available from the record.

Dated June 11, 2012

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge